**95–1828.** Columbus v. Copley. *Franklin County,* No. 94APC06–756. *Sua sponte,* cause held for the decision in 95–1377 and 95–1466, *State v. Gustafson,* Mahoning County, No. 94 C.A. 232; briefing schedule stayed.

DOUGLAS, RESNICK and COOK, JJ., dissent.

**95–1884.** State v. Jones. *Montgomery County,* No. 14649.

WRIGHT and COOK, JJ., dissent.

**95–1924.** Hill v. Urbana. *Champaign County,* No. 94CA22.

WRIGHT and F.E. SWEENEY, JJ., dissent.

**95–1925.** Harbeitner v. Ohio Dept. of Commerce. *Cuyahoga County,* No. 68483.

DOUGLAS, RESNICK and F.E. SWEENEY, JJ., dissent.